# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. A. No: 18-1827 (BAH) ) |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 22, 2018, Plaintiff National Student Legal Defense Network and Defendant U.S. Department of Veterans Affairs ("VA") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") matter.

This case concerns Plaintiff's March 6, 2018, FOIA request to Defendant. Plaintiff's request contains three subparts:

1) A complete copy of the 'agreement' with the Federal Trade Commission as described in 38 U.S.C. § 3696(c)." (hereinafter "Subpart 1");

2) "A copy of any 'preliminary findings' made by the Federal Trade Commission pursuant to the 'agreement' entered into under 38 U.S.C. 3696(c)." (hereinafter "Subpart 2"); *and*

3) "A copy of any document constituting or reflecting a determination made by the VA and/or the Secretary of the Department that any institution 'utilizes advertising, sales, or enrollment practices of any type which are erroneous, deceptive, or misleading either by actual statement, omission, or intimation.' See 38 U.S.C. § 3696(a)." (hereinafter "Subpart 3").

Defendant has produced responsive documents in response to the request in Subpart 1. On Tuesday, November 13, 2018, counsel for the Defendant informed counsel for the Plaintiff that Defendant has determined that it does not have documents responsive to Subparts 2 or 3. Defendant's counsel informed plaintiff's counsel that the Defendant's production is complete. The parties are assessing whether any issues remain in this case. Accordingly, the parties propose that on or before December 16, 2018, they file either another joint status report, informing the Court of any outstanding issues and proposing a briefing schedule if possible, or a stipulation dismissing the case.

Respectfully submitted,

/s Martha U. Fulford
Martha U. Fulford (D.C. Bar 1011954)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
martha@nsldn.org
(202) 734-7495

*Counsel for Plaintiff*

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:   /s/
JOSHUA M. KOLSKY
D.C. Bar 993430
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2541
E-mail: Joshua.kolsky@usdoj.gov

*Counsel for Defendant*