# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL ) <br> DEFENSE NETWORK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> VETERANS AFFAIRS, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-1827 (BAH) |

## STIPULATION OF DISMISSAL

Plaintiff National Student Legal Defense Network and Defendant United States Department of Veterans Affairs, by their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs. This resolves all claims in the action.

Dated: December 6, 2018

/s/ *Martha Upton Fulford*
Martha U. Fulford
(D.C. Bar No. 1011954)
National Student Legal Defense Fund
1015 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: (202) 734-7495

*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU (D.C. Bar #472845)
United States Attorney

DANIEL F. VAN HORN (D.C. Bar #924092)
Chief, Civil Division

   /s/ *Joshua M. Kolsky*
JOSHUA M. KOLSKY
D.C. Bar #993430
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
Telephone: (202) 252-2541
joshua.kolsky@usdoj.gov

*Counsel for Defendant*